IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GEORGE PENA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. SOTO, Warden,<br><br>　　　　Respondent. | No. C 14-02195 BLF (PR)<br><br>**JUDGMENT** |

　　For the reasons stated in the order denying the Petition for a Writ of Habeas Corpus, judgment is entered in favor of Respondent and against Petitioner.

　　**IT IS SO ORDERED.**

DATED: May 19, 2016

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.14\02195Pena_judgment.wpd